AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | |
|---|---|
| XR Communications, LLC, dba Vivato Technologies ) <br> *Plaintiff* ) <br> v. ) <br> AT&T SERVICES INC.; ET AL., ) <br> *Defendant* ) | Case No.   2:23-cv-00468 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

XR Communications, LLC, dba Vivato Technologies  .

Date:   10/06/2023

/s/ Neil S. Rubin
*Attorney's signature*

Neil S. Rubin (CA SBN 250761)
*Printed name and bar number*

Russ August & Kabat
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
*Address*

nrubin@raklaw.com
*E-mail address*

(310) 826-7474
*Telephone number*

(310) 826-6991
*FAX number*