| Attorney or Party without Attorney: <br> Reza Mirzaie (SBN 246953) <br> RUSS AUGUST & KABAT <br> 12424 Wilshire Boulevard, 12th Floor <br> Los Angeles, CA 90025 <br>     Telephone No: 310-826-7474 <br><br>     Attorney For: Plaintiff | Ref. No. or File No.: <br> 3746-003X | For Court Use Only |
|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:* <br> UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS MARSHALL DIVISION ||| 
| Plaintiff: XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES, <br> Defendant: AT&T SERVICES INC., et al., |||
| PROOF OF SERVICE | Hearing Date:    Time:    Dept/Div: | Case Number: <br> 2:23-cv-00468-JRG-RSP |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Jury Trial Demanded; Plaintiff's Notice of Related Cases

3.    a.   Party served:     AT&T SERVICES INC.
        b.   Person served:   George Martinez, authorized to accept for CT Corporation System, agent for service of process authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:    1999 Bryan St Suite 900, Dallas, TX 75201

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Oct 05, 2023 (2) at: 02:40 PM

6. **Person Who Served Papers:**
      a. Kim Shaw                                   d. **The Fee** for Service was:    $483.97
      b. FIRST LEGAL
         1517 W. Beverly Blvd.
         LOS ANGELES, CA 90026
      c. (213) 250-1111

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**



10/6/2023
(Date)                                                    (Signature)



PROOF OF SERVICE          9700270
(5466387)

**Attorney or Party without Attorney:**
Reza Mirzaie (SBN 246953)
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone No: 310-826-7474

Attorney For: Plaintiff

Ref. No. or File No.: 3746-003X

**For Court Use Only**

**Insert name of Court, and Judicial District and Branch Court:**
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS MARSHALL DIVISION

Plaintiff: XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,
Defendant: AT&T SERVICES INC., et al.,

**PROOF OF SERVICE**

Hearing Date: | Time: | Dept/Div: | Case Number: 2:23-cv-00468-JRG-RSP

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Jury Trial Demanded; Plaintiff's Notice of Related Cases

3. a. Party served: AT&T MOBILITY LLC
   b. Person served: Robin Hutt-Banks, authorized to accept for The Corporation Trust Company, Agent for Service of Process
      Served under F.R.C.P. Rule 4.

4. Address where the party was served: 1209 Orange St, Wilmington, DE 19801

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Oct 05 2023 (2) at: 02:52 PM

6. **Person Who Served Papers:**
   a. John Garber
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. *The Fee* for Service was:

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

10/05/2023
(Date)


(Signature)



PROOF OF SERVICE

9700277
(5466392)