| | | |
|---|---|---|
| *Attorney or Party without Attorney:*<br>Reza Mirzaie (SBN 246953)<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>   *Telephone No:* 310-826-7474<br>   *Attorney For:* Plaintiff | *Ref. No. or File No.:*<br>3746-003X | *For Court Use Only* |

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS MARSHALL DIVISION

   *Plaintiff:* XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,
   *Defendant:* AT&T SERVICES INC., et al.,

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:23-cv-00468-JRG-RSP |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Jury Trial Demanded; Plaintiff's Notice of Related Cases

3. a. Party served:     AT&T CORP
   b. Person served:   Vincenzo Cipriano, Authorized to Accept Service for CT Corporation System, Agent for Service of Process authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:   28 Liberty St, New York, NY 10005

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Oct 05, 2023 (2) at: 03:24 PM

6. **Person Who Served Papers:**
   a. Shawn Forbes  # 2104895
   **b. FIRST LEGAL**
       1517 W. Beverly Blvd.
       LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. *The Fee* for Service was:  $483.97
   e. Lexitas
       1235 Broadway 2nd floor
       NY, NY 10001

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*



10/12/23
(Date)                                              (Signature)



PROOF OF SERVICE

9700284
(5466398)