UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS LLC dba VIVATO TECHNOLOGIES, <br><br> Plaintiff, <br><br> v. <br><br> AT&T SERVICES INC., et al., <br><br> Defendants. | Case No. 2:23-cv-00468-JRG <br><br> **JURY TRIAL DEMANDED** |

<u>**NOTICE OF APPEARANCE**</u>

**COMES NOW** Matthew S. Yungwirth, admitted to the bar of this Court on December 6, 2007, and respectfully enters his appearance as lead counsel of record for AT&T Services Inc., AT&T Mobility LLC and AT&T Corp.  All further communications, correspondence and orders may be directed to Mr. Yungwirth at the below address:

        **DUANE MORRIS LLP**
        1075 Peachtree Street NE, Suite 1700
        Atlanta, Georgia 30309
        Telephone:  (404) 253-6900
        Facsimile:  (404) 253-6901
        E-mail: msyungwirth@duanemorris.com

Dated:  November 15, 2023        **DUANE MORRIS LLP**

        */s/ Matthew S. Yungwirth*
        Matthew S. Yungwirth
        msyungwirth@duanemorris.com
        1075 Peachtree Street NE, Suite 1700
        Atlanta, GA  30309
        Telephone: 404.253.6900
        Facsimile:  404.253.6901

        *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on November 15, 2023, a true and correct copy of the foregoing **NOTICE OF APPEARANCE** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

/s/ Matthew S. Yungwirth
Matthew S. Yungwirth