**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

|  |  |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES, <br><br> *Plaintiff*, <br><br> v. <br><br> AT&T INC., AT&T SERVICES INC., AT&T MOBILITY LLC and AT&T CORP. <br><br> *Defendants*. | Case No. 2:23-cv-00468 <br><br> **JURY TRIAL DEMANDED** |

## DEFENDANT AT&T CORP.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant AT&T Corp. ("AT&T Corp.") hereby states the following:

1.      AT&T Corp., a New York corporation, is a wholly owned subsidiary of AT&T Inc.

2.      AT&T Inc., a Delaware corporation, is a publicly traded company on the New York Stock Exchange.  There is no one person or group that owns 10% or more of the stock of AT&T Inc.

Dated:  December 11, 2023

Respectfully submitted,

*/s/ Matthew S. Yungwirth*
Matthew Sean Yungwirth
msyungwirth@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street, NE
Suite 1700
Atlanta, GA 30309-3929
Telephone:  404.253.6935
Facsimile:  404.253.6901

Deron R. Dacus (TBN 00790553)
ddacus@dacusfirm.com
**THE DACUS FIRM, P.C.**
821 ESE Loop 323
Suite 430
Tyler, Texas 75701
Telephone: 903.705.1117
Facsimile: 903.581.2543

William Andrew Liddell
waliddell@duanemorris.com
**DUANE MORRIS LLP**
900 S. Capital of Texas Hwy
Suite 300
Austin, TX 78746
Telephone:  512.277.2272
Facsimile:  512.227.2301

*Counsel for Defendant AT&T Corp.*

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 11, 2023.

*/s/ Matthew S. Yungwirth*
Matthew S. Yungwirth