## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>*Plaintiff*,<br><br>v.<br><br>AT&T INC., AT&T SERVICES INC., AT&T MOBILITY LLC and AT&T CORP.<br><br>*Defendants*. | Case No. 2:23-cv-040468<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT AT&T MOBILITY LLC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant AT&T Mobility LLC ("AT&T Mobility") hereby states the following:

1. AT&T Mobility is owned by the following companies: SBC Long Distance, LLC; AT&T Investment & Tower Holdings, LLC; BellSouth Mobile Data, Inc., and New Cingular Wireless Services, Inc.  None of the companies listed above are publicly-traded companies and are subsidiaries of AT&T Inc.

2. AT&T Inc. has no parent corporation and is itself a publicly held corporation.  No one person or group owns 10% or more of the stock of AT&T Inc.

Dated:  December 11, 2023

Respectfully submitted,

/*s/ Matthew S. Yungwirth*
Matthew Sean Yungwirth
msyungwirth@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street, NE
Suite 1700
Atlanta, GA 30309-3929
Telephone:  404.253.6935
Facsimile:  404.253.6901

Deron R. Dacus (TBN 00790553)
ddacus@dacusfirm.com
**THE DACUS FIRM, P.C.**
821 ESE Loop 323
Suite 430
Tyler, Texas 75701
Telephone: 903.705.1117
Facsimile: 903.581.2543

William Andrew Liddell
waliddell@duanemorris.com
**DUANE MORRIS LLP**
900 S. Capital of Texas Hwy
Suite 300
Austin, TX 78746
Telephone:  512.277.2272
Facsimile:  512.227.2301

*Counsel for Defendant AT&T Mobility LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 11, 2023.

                                          */s/ Matthew S. Yungwirth*
                                           Matthew S. Yungwirth