# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>    Plaintiff,<br> v.<br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; and AT&T CORP.,<br><br>    Defendants,<br><br>NOKIA OF AMERICA CORPORATION,<br><br>    Intervenor. | Case No. 2:23-cv-00468-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>    Plaintiff,<br> v.<br><br>VERIZON COMMUNICATIONS INC., AND CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,<br><br>    Defendants,<br><br>NOKIA OF AMERICA CORPORATION,<br><br>    Intervenor. | Case No. 2:23-cv-00470-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>    Plaintiff,<br> v.<br><br>T-MOBILE USA, INC.,<br><br>    Defendant,<br><br>NOKIA OF AMERICA CORPORATION,<br><br>    Intervenor. | Case No. 2:23-cv-00469-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING NOKIA'S MOTION TO INTERVENE

Before the Court is Intervenor Nokia of America Corporation's ("Nokia") Motion to Intervene (the "Motion"). Nokia moved to intervene pursuant to Federal Rule of Civil Procedure 24(a) or, in the alternative, pursuant to Rule 24(b). Having considered the Motion, and the relevant authorities, the Court finds that the Motion should be and hereby is GRANTED. Accordingly, Nokia is permitted to intervene in these actions and is GRANTED LEAVE to file a responsive pleading in intervention within forty-eight (48) hours of entry of this Order.