IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>Plaintiff,<br><br>v.<br><br>AT&T SERVICES INC., AT&T MOBILITY LLC, AND AT&T CORP.,<br><br>Defendants.<br><br>ERICSSON INC. and<br>NOKIA OF AMERICA CORPORATION,<br><br>Intervenors. | Case No. 2:23-cv-00468-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF APPEARANCE OF MATTHEW S. YUNGWIRTH**

Notice is hereby given that Matthew S. Yungwirth of the law firm of Duane Morris LLP, admitted to practice in this Court, enters his appearance as counsel of record for Intervenor Ericsson Inc. and lead counsel of record for Intervenor Nokia of America Corporation.  Mr. Yungwirth will accept service of all pleadings, discovery, orders, notices, correspondence, and other material related to this litigation on their behalf at his contact information below.

Dated:  December 12, 2023

Respectfully submitted,

*/s/ Matthew S. Yungwirth*
Matthew S. Yungwirth
Email: msyungwirth@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street NE, Suite 1700
Atlanta, GA 30309
Telephone: (404) 253-6900

*Counsel for Intervenors Ericsson Inc. and Nokia of America Corporation*

**CERTIFICATE OF SERVICE**

      The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 12, 2023.

                                                                            */s/ Matthew S. Yungwirth*
                                                                          Matthew S. Yungwirth