IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES, <br><br>*Plaintiff*, <br><br>v. <br><br>AT&T SERVICES INC.; AT&T MOBILITY LLC; and AT&T CORP., <br><br>*Defendants*, <br><br>ERICSSON INC., <br><br>*Intervenor*. | CIVIL ACTION NO. 2:23-CV-00468-JRG-RSP |

## ORDER

Before the Court is Intervenor Ericsson Inc.'s Motion to Intervene. (**Dkt. No. 20**.) Having considered the Motion, and the relevant authorities, the Court finds that the Motion should be and hereby is **GRANTED**. Accordingly, Ericsson is permitted to intervene in these actions and is **GRANTED LEAVE** to file a responsive pleading in intervention promptly.

SIGNED this 13th day of December, 2023.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE