IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,  §§§§§ *Plaintiff*, §§ v. §§ AT&T SERVICES INC.; AT&T §§ MOBILITY LLC; and AT&T CORP., §§§ *Defendants*, §§§ ERICSSON INC., NOKIA OF AMERICA §§ CORPORATION, §§§ *Intervenors*. § | CIVIL ACTION NO. 2:23-CV-00468-JRG-RSP |

## ORDER

Before the Court is Intervenor Nokia of America Corporation's Motion to Intervene. (**Dkt. No. 24**.) Having considered the Motion, and the relevant authorities, the Court finds that the Motion should be and hereby is **GRANTED**. Accordingly, Nokia is permitted to intervene in these actions and is **GRANTED LEAVE** to file a responsive pleading in intervention promptly

SIGNED this 13th day of December, 2023.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE